1AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED

Nov 4 2024

Clerk, U.S. District Court
Western District of Texas

By: ___*mvm*___
Deputy

| | | |
|---|---|---|
| **USA** | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: **EP:24-M -04564(1) RFC** |
| | § | |
| **(1) ANTONIO MOHAMED PEREZ LLANES** | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 02, 2024** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title  **8**  United States Code, Section(s)  **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: **" On November 2, 2024, the DEFENDANT, Antonio Mohamed PEREZ LLANES, an alien to the United States and a citizen of Mexico was found in the Western District of Texas near the intersection of Boone St. and Rosa Ave. in El Paso, Texas.  From "**

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ Miller, Matthew
Signature of Complainant
Border Patrol Agent

November 4, 2024
File Date

at   EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN
AT 1:02 P.M.
FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:24-M -04564(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) ANTONIO MOHAMED PEREZ LLANES**

FACTS   (CONTINUED)

statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on September 20, 2019, through Del Rio, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been REMOVED 1 time(s), the last one being to MEXICO on September 20, 2024, through DEL RIO, TX.**

CRIMINAL HISTORY:

**08/27/2018, ANTHONY, NM, 21 USC 841(b)(1)(a) and 21 USC 846 POSSESSION W INTENT TO DISTRIBUTE AND CONSPIRACY(F), CNV, 15 MO JAIL.**